842

No. 78–1891. LATTIMORE ET AL. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 78–1892. CHAMBERLAIN *v.* KURTZ, COMMISSIONER OF INTERNAL REVENUE, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 78–1893. BIRELINE *v.* SEAGONDOLLAR ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 78–1894. FORT PIERCE UTILITIES AUTHORITY OF THE CITY OF FORT PIERCE ET AL. *v.* UNITED STATES ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 78–1895. SENDAK, ATTORNEY GENERAL OF INDIANA *v.* CITIZENS ENERGY COALITION OF INDIANA, DBA CITIZENS ACTION COALITION OF INDIANA, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 78–1896. KAHN ET AL. *v.* EAST BAY MUNICIPAL UTILITY DISTRICT.   Sup. Ct. Cal.   Certiorari denied.

No. 78–1897. HAK YUNG SZE *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 78–1898. ATLANTIC RICHFIELD CO. ET AL. *v.* NEWMAN OIL CO. ET AL.; and
No. 78–1906. ALKEK ET AL. *v.* NEWMAN OIL CO. ET AL. Temp. Emerg. Ct. App.   Certiorari denied.   Reported below: 597 F. 2d 275.

No. 78–1899. DeMOSS ET AL. *v.* INDIAN HEAD, INC.   Sup. Ct. Del.   Certiorari denied.

No. 78–1901. HERSCHENSOHN ET AL. *v.* HOFFMAN ET AL. C. A. 9th Cir.   Certiorari denied.